[No. 16304-3-I.   Division One.   November 10, 1986.]

ASSOCIATED SAND AND GRAVEL COMPANY, INC., *Respondent,*
v. ALLAND L. LEVY, ET AL, *Defendants,* SNOHOMISH
COUNTY EMPLOYEE'S CREDIT UNION, *Appellant,*
OLYMPIC FOREST PRODUCTS, INC.,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 84-2-01206-2, John E. Rutter, Jr., J., entered March 15, 1985. *Affirmed* by unpublished opinion per Riley, J. Pro Tem., concurred in by Callow and Revelle, JJ. Pro Tem.

[No. 14568-1-I.   Division One.   November 10, 1986.]

EMF CORPORATION, *Respondent,* v. DAVID H. VEBLEN,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 82-2-06152-2, Faith Enyeart, J., entered March 16, 1984. *Affirmed* by unpublished opinion per Webster, J., concurred in by Coleman, J., Ringold, A.C.J., dissenting.

[No. 8436-8-II.   Division Two.   November 12, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD
VALLES, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84-1-00449-7, Robert H. Peterson, J., entered January 10, 1985. *Affirmed* by unpublished opinion per Reed, J., concurred in by Worswick, C.J., and Petrich, J.